JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROSALYN RIVERA,
Plaintiff,
v.
SIRVA RELOCATION, LLC,
Defendant.

Case No. 2:24-cv-09378-FLA (MAAx)

**ORDER DISMISSING ACTION [DKT. 56]**

On April 9, 2026, the parties filed a Stipulation of Dismissal Without Prejudice ("Stipulation"), requesting the court dismiss this action without prejudice. Dkt. 56. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: April 10, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge